1064

No. 91–6486. FELKER v. ZANT, WARDEN. Super. Ct. Ga., Butts County. Certiorari denied.

No. 91–6489. GLEASON v. DE ANDA, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–6493. SGARAGLINO v. STATE FARM FIRE & CASUALTY CO. C. A. 9th Cir. Certiorari denied.

No. 91–6498. MINTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6505. WORTH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–6506. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6507. OOSTENDORP v. KHANNA ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–6508. WHITAKER v. WELLS FARGO NATIONAL BANK. Sup. Ct. Cal. Certiorari denied.

No. 91–6511. TIPPINS v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 91–6513. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6515. WALKER v. MICHIGAN DEPARTMENT OF SOCIAL SERVICES. Ct. App. Mich. Certiorari denied.

No. 91–6517. VILLANUEVA v. NOONAN ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 91–6522. MARTIN v. TRIEWEILER ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6523. LOMBARD v. NEW YORK CITY BOARD OF EDUCATION ET AL. C. A. 2d Cir. Certiorari denied.